BRIAN WATKINS ET AL. *v.* ROMI MASONRY
CONSTRUCTION, LLC, ET AL.
(AC 35562)

Bear, Keller and Norcott, Js.

Argued January 14—officially released February 4, 2014

Defendants' appeal from the Superior Court in the judicial district of Stamford-Norwalk, *Genuario, J.*

Per Curiam. The judgment is affirmed.

BILLY HUNT *v.* COMMISSIONER OF CORRECTION
(AC 34168)

Lavine, Beach and Sheldon, Js.

Argued January 14—officially released February 4, 2014

Petitioner's appeal from the Superior Court in the judicial district of Tolland, *Newson, J.*

Per Curiam. The appeal is dismissed.

CHARLES TUCKER *v.* COMMISSIONER
OF CORRECTION
(AC 34126)

Gruendel, Sheldon and Pellegrino, Js.

Argued January 16—officially released February 11, 2014

Petitioner's appeal from the Superior Court in the judicial district of Tolland, *Sferrazza, J.*

Per Curiam. The appeal is dismissed.